UNITED STATES MAGISTRATE KAREN L. STROMBOM

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARREN R. FORD, | CIVIL NO. C04-5862-KLS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S PETITION FOR COSTS AND FEES |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 2412 and upon consideration of Plaintiff's Petition for Costs and Fees, it is hereby ORDERED that costs in the amount of $150.00 and attorney fees in the amount of $3,920.00 be awarded to plaintiff.

DATED this 14th day of November, 2005.

                                        __s/ Karen L. Strombom__
                                        UNITED STATES MAGISTRATE JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

**TODD R. RENDA**
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 564-6523